≈JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** HSI

**City** Various

**County** Suffolk/Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. 24-cr-10291
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 24-1389-DLC
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**

**Defendant Name** David Walker                              Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar?   ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** Souza-Baranowski Correctional Center, Lancaster, MA (MDOC)

**Birth date (Yr only):** 1998   **SSN (last 4#):** 0915   **Sex:** M   **Race** Black   **Nationality:** USA

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Torey Cummings & Luke Goldworm   **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:** In Custody - Souza-Baranowski Correctional Center, Lancaster, MA (MDOC)

**Arrest Date:** 10/24/2023

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Souza-Baranowski MDOC   ☑ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 8

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/17/2024      **Signature of AUSA:** /s/

JS 45 (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   David Walker

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 18 U.S.C. §§1591(a)(1), (a)(2), and (b)(1) | Sex trafficking by force, fraud, and coercion | 1 |
| Set 2: 18 U.S.C. § 2422(a) | Coercing an individual to travel to engage in prostitution | 2 |
| Set 3: 18 U.S.C. §§ 1951 and 2 | Robbery and Aiding and Abetting | 3-7 |
| Set 4: 18 U.S.C. § 924(c) | Possess, Use, and Carry a Firearm During and in Relation to a Crime of Violence | 8 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013