UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** OR ANY OF HIS DEPUTIES,

AND TO: __Souza-Baranowski Correctional Center__

YOU ARE COMMANDED to have the body of __David Walker (1998) (last 4):0915__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __23__, on the __7th__ floor, Boston, Massachusetts on or before __10/8/24__, at __10:00__, __A__.M. for the purpose of __Initial Appearance__ in the case of UNITED STATES OF AMERICA V. __David Walker__ CR Number __24-cr-10291-AK__

And you are to retain the body of said __David Walker__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __David Walker__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __3 rd__ day of __October__, __2024__.

__/s/ Donald L. Cabell__
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

ROBERT M. FARRELL
CLERK OF COURT

By: __/s/ Noreen A. Russo__
Deputy Clerk